UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-9100-CAS(JCx) | Date | February 12, 2013 |
|---|---|---|---|
| Title | *ELAINE COLEMAN; ET AL. v. CREDITORS SPECIALTY SERVICE, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

The Court issued a Notice of Filer Deficiencies on February 12, 2013, in response to the parties' Statement of Consent to Proceed Before a United States Magistrate Judge filed February 11, 2013.  The parties consented to the Honorable Fernando M. Olguin, who is no longer an available Magistrate Judge.  The Court hereby extends the Court's Order to Show Cause to allow the parties to lodge an Amended Statement of Consent (Form CV11-D), selecting another Magistrate Judge from the Voluntary Consent List, available on the Court's website.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **February 27, 2013,** why this action should not be dismissed for lack of prosecution**.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the filing of an **Amended Statement of Consent to Proceed Before a United States Magistrate Judge (Form CV-11D)** on or before the above date, as a satisfactory response to the Order to Show Cause and the Notice of Filer Deficiencies.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |