1
2
3
4  NEIL C. EVANS  (State Bar No. 105669)
   LAW OFFICES OF NEIL C. EVANS
5  2625 Townsgate Road, Ste. 330
   Westlake Village, CA 91361
6  (818) 802-8333

7  Attorney for DEFENDANTS
   CREDITORS SPECIALTY SERVICE, INC.
8  and CHARLES STANLEY

9
10
11                UNITED STATES DISTRICT COURT
12                CENTRAL DISTRICT OF CALIFORNIA

13 ELAINE COLEMAN, et al.,        )  Case No.  2:10-CV-09100-CAS
                                  )  -JC
                                  )
14                                )
                                  )  DECLARATION OF NEIL C.
                                  )  EVANS IN RESPONSE TO OSC
15              Plaintiff,        )  RE FAILURE TO ATTEND
                                  )  MARCH 18, 2013 STATUS
16       vs.                      )  CONFERENCE
                                  )
17                                )
                                  )
18 CREDITORS SPECIALTY            )
   SERVICE, ET AL.,               )
                                  )
19                                )
                                  )
20              Defendants.       )
   _____)

21
22
23
24
25
26
27
28

I, NEIL C. EVANS, declare:

1. I am an attorney at law, licensed to practice before all of the Courts of the State of California, and of the Federal District Court, Central District of California.

2. Commencing in or about February 27, 2013, I began a Jury Trial in State Court, Dept. 50 (Hon. Joseph R. Kalin, Judge Presiding), as counsel for Plaintiff, in a case entitled, <u>Teferi</u> v. <u>Ethiopian Sports Federation in North America</u>, Case No. BC 361 236. The Trial was not completed until March 8, 2013. I was engaged in that Jury Trial on March 5 and 6, 2013. On March 6, 2013, when the Court published its Minute Order which set a Status Conference for 3/18/13, I was in a Full Day of the Jury Trial. While I did access my emails throughout the day, the email from this Court was inadvertently sent to "old mail" before I had a chance to see it, due to the press of Jury Trial, and I missed the email including the Notice of the Status Conference. I am a sole practitioner and I was the only one monitoring my emails at that time. I therefore, through inadvertence and the press of a Jury Trial, missed the email notice of the 3/18/13 Status Conference, which is the sole reason why I failed to attend same: I was unaware of the March 18, 2013 status conference. I apologize to the Court and counsel. However, I have now filed a Consent to the Magistrate and accepted the Magistrate proposed by

Plaintiff's counsel. I therefore request that the Court vacate the OSC against me and/or my clients.

I declare under penalty of perjury under the laws of the State of California and United States that the foregoing is true and correct.

Executed at Los Angeles, California on April 1, 2013.

/s/NEIL C. EVANS
_____
NEIL C. EVANS